UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

INLAND BANK AND TRUST

                       Plaintiff,

            -vs-

LL FLEX, LLC,

                       Defendant.

-------------------------------------------------------------------x

Case No.:

Originating Case No. 1:17-CV-604
(pending in N.D. Ill.)

**NOTICE OF MOTION
TO QUASH SUBPOENA**

Upon the annexed declaration of Ryan Niland, Esq., sworn to on August 20, 2018, the exhibits attached thereto, the declaration of Kenneth Wong, sworn to on August 20, 2018, the accompanying memorandum of law, dated August 20, 2018, and upon all the other papers and proceedings heretofore filed and had herein, non-party Centre Lane Partners, LLC ("Centre Lane") will move this Court at a time and place to be set by this Court, or as soon as counsel can be heard, for an order (i) denying and quashing, pursuant to Federal Rule of Civil Procedure 45(d)(3), the Subpoena served by Plaintiff Inland Bank and Trust on Centre Lane; and (ii) awarding Centre Lane such other and further relief as the Court deems just and proper.

Pursuant to Local Civil Rule 6.1, answering papers, if any, are required to be served upon the undersigned seven (7) days from the date of service of this motion.

Dated: New York, New York
        August 20, 2018

**AKERMAN LLP**

By: _____
    Scott M. Kessler
    666 Fifth Avenue, 20th Floor
    New York, New York 10103
    Tel: (212) 880-3800
    Email: scott.kessler@akerman.com

*Attorneys for Non-Party*
*Centre Lane Partners, LLC*

46152441;1